

# ARKANSAS COURT OF APPEALS

DIVISION I

**No.** CR-16-320

| | |
|---|---|
| JAVIAN YOUNG<br><br>APPELLANT<br><br>V.<br><br>STATE OF ARKANSAS<br><br>APPELLEE | **Opinion Delivered** January 18, 2017<br><br>APPEAL FROM THE JEFFERSON COUNTY CIRCUIT COURT [NO. 35CR-12-592]<br><br>HONORABLE BERLIN C. JONES, JUDGE<br><br>AFFIRMED; MOTION TO WITHDRAW GRANTED |

## BRANDON J. HARRISON, Judge

Javian Young appeals from the revocation of his probation and related sentence of seven years' imprisonment. Young's attorney has filed a no-merit brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), and Ark. Sup. Ct. R. 4-3(k)(1) (2016), along with a motion to withdraw as counsel, asserting that there is no issue of arguable merit for an appeal. Our court's clerk mailed a certified copy of counsel's motion and brief to Young pursuant to Ark. Sup. Ct. R. 4-3(k)(2), informing him of his right to file pro se points for reversal. Young has not filed any points, and the State has not filed a brief. We grant the motion to withdraw and affirm.

The test for filing a no-merit brief is not whether there is any reversible error, but whether an appeal would be wholly frivolous. *Tucker v. State*, 47 Ark. App. 96, 885 S.W.2d 904 (1994). Based on our review of the record for potential error pursuant to *Anders* and the requirements of Rule 4-3(k), we hold that Young's appeal is wholly without merit. So

pursuant to sections (a) and (b) of *In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985), we issue this memorandum opinion granting counsel's motion to withdraw and affirming the court's revocation.

Affirmed; motion to withdraw granted.

GLADWIN and VAUGHT, JJ., agree.

*Potts Law Office*, by:  *Gary W. Potts*, for appellant.

No response.